1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL BJORLIN,

11        Petitioner,                        No. CIV S-05-1520 FCD GGH P

12        vs.

13

     JILL BROWN, Warden, et al.,

14

          Respondents.

15
     _____/
16

     MICHAEL BJORLIN,

17
          Petitioner,                        No. CIV S-05-2095 GEB DAD P

18
          vs.
19
     ARNOLD SCHWARZENEGGER,                   NON-RELATED CASE ORDER

20   Governor, et. al,

21        Respondents.
     _____/
22

23        The court has received the Notice of Related Cases concerning the above-

24   captioned cases filed by petitioner pro se on October 19, 2005. See Local Rule 83-123, E.D. Cal.

25   The court has determined, however, that it is inappropriate to relate or reassign the cases, and

26   therefore declines to do so.

     \\\\\

1  This order is issued for informational purposes only and shall have no effect on the status of the

2  cases.

3  DATED: 11/01/05

4

5                                                                    /s/ Gregory G. Hollows

6                                                                    GREGORY G. HOLLOWS
                                                                     U.S. Magistrate Judge

7  GGH:009
   bjor1520.non

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26