IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BJORLIN,

    Petitioner,                               No. CIV S-05-1520 FCD GGH P

    vs.

JILL BROWN, Warden, et al.,

    Respondents.                           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 26, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent has filed objections to the findings and recommendations to which petitioner filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed July 26, 2006, are adopted in full; and

3       2.  Respondent's September 15, 2005, motion to dismiss the petition on the sole ground that this court lacks subject matter jurisdiction is denied and respondent is required to file an answer within thirty days of the date of this order.

DATED: August 31, 2006

                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
                                    United States District Judge