IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BJORLIN,

    Petitioner,                  No. CIV S-05-1520 FCD GGH P

    vs.

JILL BROWN, Warden, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 21, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has not filed objections to the findings and recommendations.

        Although it appears from the file that petitioner's copy of the findings and recommendations were returned, petitioner was properly served.  It is the petitioner's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1   The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4   1. The findings and recommendations filed July 21, 2008, are adopted in full; and
5   2. This action is dismissed for petitioner's failure to keep the court apprised of
6  his current address.  <u>See</u> Local Rules 83-182(f) and 11-110 (E.D. Cal. 1997).
7  DATED: September 24, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE